IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01420-ZLW

CLINTON TEAGUE,

       Plaintiff,

v.

J. WADAS, Correctional Officer,
E. JEFFORDS, Correctional Officer, and
UNKOWN [sic] NAMED OFFICER, Correctional Officer,

       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On August 17, 2007, Plaintiff filed a "Motion Requesting to File Only the Original Motion in the Courts as to This Civil Action." Plaintiff's Motion is DENIED.

Dated: August 22, 2007

Copies of this Minute Order mailed on August 22, 2007, to the following:

Clinton Teague
Reg. No. 06977-029
USP - ADXMAX
PO Box 8500
Florence, CO 81226

                              Secretary/Deputy Clerk